# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                   **PLAINTIFFS**

**v.**                          Case No. 2:24-cv-88-JM

**MERRICK B. GARLAND, in his**
**official capacity, as Attorney General**
**of the United States,** *et al.*                                               **DEFENDANTS**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), William E. Trachman requests that he be admitted *pro hac vice* for the purpose of representing Plaintiffs Allen Black, Donald Maxey, and Chisholm Trail Antique Gun Association. In support of this application, he represents the following:

1. He is the General Counsel at Mountain States Legal Foundation; Telephone: (303) 292-2021; Email: wtrachman@mslegal.org.

2. He was admitted to the State bar of Colorado in 2013 (#45684) and is a member in good standing of that bar.

3. He is authorized to practice in the State of California. He is also admitted to practice in Washington, D.C. He is admitted to practice in the following federal courts: the Supreme Court of the United States, the United State Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the District of Columbia, the United States District Court for the Southern District of California, the United States District

Court for the Central District of California, and the United States District Court for District of Colorado.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 3, 2024                                Respectfully submitted,

*s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI (2016097)
  Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*