**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**STATE OF KANSAS,** *et al.*                                                                 **PLAINTIFFS**

**v.**                                    **Case No. 2:24-cv-88-JM**

**MERRICK B. GARLAND, in his**
**official capacity, as Attorney General**
**of the United States,** *et al.*                                                          **DEFENDANTS**

**APPLICATION TO ADMIT COUNSEL** *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Michael D. McCoy requests that he be admitted *pro hac vice* for the purpose of representing Plaintiffs Allen Black, Donald Maxey, and Chisholm Trail Antique Gun Association. In support of this application, he represents the following:

1. He is the Director for the Center to Keep and Bear Arms at Mountain States Legal Foundation; Telephone: (303) 292-2021; Email: mmccoy@mslegal.org.

2. He was admitted to the State Bar of California in 2002 (#219187) and is a member in good standing of that bar.

3. He is also admitted to practice in the following federal courts: the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States District Court for the Central District of Illinois, the United States District Court for the District of Colorado, the Air Force Court of Criminal Appeals, and the Court of Appeals for the Armed Forces.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 3, 2024                    Respectfully submitted,

                                      s/ Nicholas J. Bronni
                                      NICHOLAS J. BRONNI (2016097)
                                        Solicitor General
                                      OFFICE OF THE ARKANSAS
                                        ATTORNEY GENERAL
                                      323 Center Street, Suite 200
                                      Little Rock, AR 72201
                                      (501) 682-6302
                                      nicholas.bronni@arkansasag.gov

                                      *Counsel for Plaintiffs*