# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL., | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | Civil Action No. 2:24-CV-88-JM |
| MERRICK GARLAND, ET AL.; | § § § § | |
| *Defendants*. | § § § | |

## MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiffs move for a Preliminary Injunction enjoining Defendants from implementing or acting pursuant to the Final Rule promulgated by Defendants entitled "Definition of 'Engaged in the Business' as a Dealer in Firearms," 89 Fed. Reg. 28,968. A memorandum in support of this motion explains it more fully.

Respectfully submitted this 6th day of May, 2024.

KRIS W. KOBACH
Kansas Attorney General

*/s/Abhishek S. Kambli*
*Abhishek S. Kambli
*Deputy Attorney General*
*Jesse A. Burris
*Assistant Attorney General*
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
Telephone: (785) 296-2215
Fax: (785) 296-3131

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Kansas*

BRENNA BIRD
Iowa Attorney General

*/s/ Eric H. Wessan*
*Eric H. Wessan
Solicitor General
Office of the Iowa Attorney General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
Eric. Wessan@ag.iowa.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Iowa*

TIM GRIFFIN
Arkansas Attorney General

*/s/ Nicholas J. Bronni*
Nicholas J. Bronni (2016097)
 Solicitor General
Dylan L. Jacobs (2016167)
 Deputy Solicitor General
323 Center Street, Suite 200
Little Rock, AR  72201
Telephone: (501) 682-2007
Fax: (501) 683-2520

*Counsel for Plaintiff State of Arkansas*

AUSTIN KNUDSEN
 Montana Attorney General

*/s/ Christian B. Corrigan*
*CHRISTIAN B. CORRIGAN
 *Solicitor General*
*PETER M. TORSTENSEN, JR.
 *Deputy Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 N. Sanders Street
Helena, Montana 59601
(406) 444-2707
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Montana*

| | |
|---|---|
| STEVE MARSHALL<br>Alabama Attorney General<br><br>*/s/ Edmund G. LaCour, Jr.*<br>Edmund G. LaCour, Jr.<br>Solicitor General<br>Office of the Alabama<br>Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL  36130<br>Telephone: (334) 242-7300<br>Fax: (334) 353-8400<br>Email: Edmund.LaCour@AlabamaAG.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Alabama* | TREG R. TAYLOR<br>Alaska Attorney General<br><br>*/s/ Aaron C. Peterson*<br>*Aaron C. Peterson<br>Senior Assistant Attorney General<br>Department of Law<br>1031 West Fourth Avenue, Ste. 200<br>Anchorage, AK 99501<br>Telephone: (907) 269-5232<br>Facsimile: (907) 276-3697<br>Email: aaron.peterson@alaska.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Alaska* |
| CHRISTOPHER CARR<br>Georgia Attorney General<br><br>*/s/ Stephen Petrany*<br>*Stephen Petrany<br>Solicitor General<br>Office of the Attorney General of Georgia<br>Georgia Department of Law<br>40 Capitol Square SW<br>Atlanta, Georgia 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Georgia* | RAÚL R. LABRADOR<br>Idaho Attorney General<br><br>*/s/ Joshua N. Turner*<br>*Joshua N. Turner<br>Chief of Constitutional Litigation and Policy<br>*Alan M. Hurst<br>Solicitor General<br>Office of the Idaho Attorney General<br>P.O. Box 83720<br>Boise, Idaho 83720<br>Tel: (208) 334-2400<br>Josh.turner@ag.idaho.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Idaho* |

TODD ROKITA
Indiana Attorney General

*/s/ James A. Barta*
\*James A. Barta
Solicitor General
Office of the Attorney General of Indiana
IGC South, Fifth Floor
302 W. Washington St.
Indianapolis, Indiana 46204
Telephone:  (317) 232-0709
James.Barta@atg.in.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Indiana*

RUSSELL COLEMAN
Kentucky Attorney General

*/s/ Victor B. Maddox*
\*Victor B. Maddox
\*Aaron J. Silletto
\*Zachary M. Zimmerer
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Victor.Maddox@ky.gov
Aaron.Silletto@ky.gov
Zachary.Zimmerer@ky.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff Commonwealth of Kentucky*

ANDREW BAILEY
Missouri Attorney General

*/s/ Bryce Beal*
\*Bryce Beal
Assistant Attorney General
Missouri Attorney General's Office
207 West High Street
Jefferson City, MO 65101
(573) 751-6633
Bryce.Beal@ago.mo.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Missouri*

MICHAEL T. HILGERS
Nebraska Attorney General

*/s/ Zachary A. Viglianco*
\*Zachary A. Viglianco
Deputy Solicitor General
Office of the Nebraska
Attorney General
2115 State Capitol
Lincoln, NE 68509
(531) 739-7645
zachary.viglianco@nebraska.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Nebraska*

| | |
|---|---|
| JOHN M. FORMELLA<br>New Hampshire Attorney General<br><br>/s/Brandon F. Chase<br>*Brandon F. Chase<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>1 Granite Place – South<br>Concord, NH 03301<br>(603) 271-3650<br>brandon.f.chase@doj.nh.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff New Hampshire* | DREW H. WRIGLEY<br>North Dakota Attorney General<br><br>/s/ *Katie L. Carpenter*<br>*Katie L. Carpenter<br>*Deputy Solicitor General*<br>North Dakota Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Telephone: (701) 328-2210<br>Email: katcarpenter@nd.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of North Dakota* |
| GENTNER DRUMMOND<br>Oklahoma Attorney General<br><br>/s/ Garry M. Gaskins, II<br>*GARRY M. GASKINS, II<br> *Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF OKLAHOMA<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone:     (405) 521-3921<br>garry.gaskins@oag.ok.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State Oklahoma* | ALAN WILSON<br>South Carolina Attorney General<br><br>/s/ *Joseph D. Spate*<br>*Joseph D. Spate<br>Assistant Deputy Solicitor General<br>Office of the Attorney General<br>State of South Carolina<br>1000 Assembly Street<br>Columbia, SC  29201<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State South Carolina* |

| | |
|---|---|
| MARTY J. JACKLEY<br>South Dakota Attorney General<br><br>/s/ Charles D. McGuigan<br>*Charles D. McGuigan<br>Deputy Attorney General<br>Office of the Attorney General<br>1302 E. Hwy. 14, Suite 1<br>Pierre, SD 57501-8501<br>Telephone: (605) 773-3215<br>Facsimile: (605) 773-4106<br>charles.mcguigan@state.sd.us<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of South Dakota* | JONATHAN SKRMETTI<br>Tennessee Attorney General and Reporter<br><br>/s/ Whitney D. Hermandorfer<br>*WHITNEY D. HERMANDORFER<br>Director of Strategic Litigation Unit<br>*BRIAN DANIEL MOUNCE<br>Counsel for Strategic Litigation &<br>Assistant Solicitor General<br>Office of the Tennessee Attorney General<br>P.O. Box 20207<br>Nashville, Tennessee 37202<br>(615) 741-1400<br>whitney.hermandorfer@ag.tn.gov<br>brian.mounce@ag.tn.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for the State of Tennessee* |
| JASON S. MIYARES<br>Attorney General of Virginia<br><br>/s/ Kevin M. Gallagher<br>*Kevin M. Gallagher<br>*Principal Deputy Solicitor General*<br>*Brendan T. Chestnut<br>*Deputy Solicitor General*<br>*M. Jordan Minot<br>*Assistant Solicitor General*<br>Virginia Office of the Attorney General<br>202 North 9th Street<br>Richmond, Virginia 23219<br>Telephone: (804) 786-2071<br>Fax: (804) 786-1991<br>Email: kgallagher@oag.state.va.us<br>Email: bchestnut@oag.state.va.us<br>Email: mminot@oag.state.va.us<br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff Commonwealth of Virginia* | PATRICK MORRISEY<br>West Virginia Attorney General<br><br>/s/ Michael R. Williams<br>*Michael R. Williams<br>*Principal Deputy Solicitor General*<br>Office of the Attorney General of West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvago.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for State of West Virginia* |

| | |
|---|---|
| BRIDGET HILL<br>Wyoming Attorney General<br><br><br>/s/ Ryan Schelhaas<br>*Ryan Schelhaas<br>*Chief Deputy Attorney General*<br>Office of the Wyoming Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State Wyoming* | */s/ Michael D. McCoy*<br>*Michael D. McCoy<br>*William E. Trachman<br>Mountain States<br>Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado 80227<br>(303) 292-2021<br>Mmccoy@mslegal.org<br><br>*Counsel for Plaintiffs Allen Black, Donald Maxey, and Chisholm Trail Antique Gun Association*<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) pending |

*/s/ Anna St. John*
*Anna St. John
Hamilton Lincoln Law Institute
1629 K St. NW Suite 300
Washington, DC 20006
(917) 327-2392
anna.stjohn@hlli.org

*/s/ M. Frank Bednarz*
*M. Frank Bednarz
Hamilton Lincoln Law Institute
1440 W. Taylor St. #1487
Chicago, IL 60607
(801) 706-2690
frank.bednarz@hlli.org

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff Phillip Journey*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed via the Court's electronic filing system on this May 6, 2024.

I additionally certify that a true and correct copy of the foregoing document will be served via United States mail on May 7, 2024 on the following:

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES
99 New York Avenue, NE
Washington, DC 20226

STEVEN DETTELBACH, ATF Director
99 New York Avenue, NE
Washington, DC 20226

United States Department of Justice
950 Pennsylvania Ave., NW,
Washington, D.C. 20530

MERRICK B. GARLAND, Attorney General
950 Pennsylvania Ave., NW,
Washington, D.C. 20530

*/s/Dylan L. Jacobs*
Dylan L. Jacobs