# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, *ET AL.* | § § § § § § | |
| *Plaintiffs,* | § § § | |
| v. | § § | |
| MERRICK GARLAND, *ET. AL.* | § § § § § | Civil Action No. 2:24-cv-88-JM |
| *Defendants.* | § § § § § § § § § § | |

## DECLARATION OF JAMES FRY – PRESIDENT OF THE
## CHISHOLM TRAIL ANTIQUE GUN ASSOCIATION

I, James Fry, President of the Chisholm Trail Antique Gun Association, declare as follows:

1. I am James Fry. I am over the age of 18, and I have personal knowledge of the facts contained in this declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I currently serve as the President of the Chisholm Trail Antique Gun Association ("Chisholm Trail").

3. Chisholm Trail is a Kansas not-for-profit corporation founded in 1957 in Wichita, Kansas.

4. Chisholm Trail was organized for the purposes of serving the interests of collectors and shooters of antique and antique-replica firearms and to help preserve the craftsmanship and the history of the arms of our forefathers for the enlightenment and enjoyment of future generations

5. Chisholm Trail sponsors and manages the biannual Wichita Gun Show each year and relies on the proceeds generated from these events to fund its annual club activities. Approximately 70% of Chisholm Trail's annual operating expenses are covered by revenue generated by these two gun shows.

6. Chisholm Trail is not a federal firearms licensee, nor are most of its members, including Allen S. Black and Donal G. Maxey, who attend gun shows each year where they buy and/or sell firearms for and from their personal collections.

7. I am aware of and have reviewed the Final Rule which redefines what qualifies as "Engaged in the Business" as a Dealer in Firearms ("Final Rule") that is at issue in this case.

8. The Final Rule will harm Chisholm Trail because it will reduce the revenue this not-for-profit corporation generates from its biannual gun shows. The Final Rule will do this in two ways: 1) by decreasing the number of attendees that sell firearms at these shows as those who are not federal firearms licensees will not be able to sell their firearms; and 2) a decrease in overall attendance at these gun shows, as fewer firearms for sale will decrease the options available and reduce public interest in these events.

9. In addition, the Final Rule will harm Chisholm Trail's members, many of whom are not federal firearms licensees, because it would require them to become a federal firearms licensee and follow all the requirements required of one or stop selling firearms from their

personal collections at gun shows.

10. Chisholm Trail requires all those who sell one or more firearms at their gun shows to collect and pay sales tax to the state of Kansas for any proceeds acquired from the sale of those firearms.

11. Chisholm Trail also collects and pays sales tax to the State of Kansas for table rental fees charged during our gun shows. During the most recent fiscal year, Chisholm Trail paid $4,005.72 in sales tax to the State of Kansas.

12. Therefore, any loss of revenue for Chisholm Trail due to the Final Rule would naturally lead to a loss of state tax revenue for Kansas.

13. Further the declarant sayeth naught.

I declare under penalty of perjury under the laws of the United States of America and the State of Kansas that the foregoing is true and correct.

Executed in _____, this 6 day of May 2024.

BY: *James Fry*
James Fry, President
Chisholm Trail Antique Gun Association