IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL. | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Civil Action No. 2:24-cv-88-JM |
| MERRICK GARLAND, ET. AL. | § § § § | |
| Defendants. | § § § § § § § § § § | |

## DECLARATION OF DONALD G. MAXEY

I, Donald G. Maxey, declare as follows

1. I am Donald G. Maxey. I am over the age of 18, and I have personal knowledge of the facts contained in this Declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I am a law-abiding person, eligible to possess firearms under state and federal law.

3. I am a firearms hobbyist and enthusiast who maintains a personal collection of firearms that includes handguns. I have also volunteered my time as a shooting instructor on at least 10 occasions.

4. I attend approximately three gun shows every year. At those gun shows I buy firearms to add to my personal collection. I also provide guidance to other gun show attendees on which firearms they should purchase. I am not a federal firearms licensee.

5. I presently have a modest collection of antique firearms, some reproductions of antique firearms, several modern sporting rifles and shotguns, and several revolvers which I depend on for self-defense. I have assembled this collection over several years, and actively seek to expand it by attending gun shows in the future.

6. I am aware of and have reviewed the Final Rule which redefines what qualifies as "Engaged in the Business" as a Dealer in Firearms ("Final Rule") that is at issue in this case.

7. I am aware of the requirements of a federal firearms licensee, and they are burdensome for someone who sells firearms as a hobby.

8. In my experience of attending approximately three gun shows every year, I am aware of the impact the Final Rule will have on gun shows overall.

9. Based on the information available, it is my understanding that the Final Rule is expected to decrease the sale of unlicensed firearms dealers by 10%. 89 Fed. Reg. 29054. My experience leads me to believe that this 10% estimate is conservative, and sales could decrease by an even greater percentage.

10. The Final Rule will likely decrease the number of vendors that sell firearms at gun shows as those who are not federal firearms licensees will be less likely to sell firearms.

11. The Final Rule will also likely lead to a decrease in attendance at gun shows as fewer vendors will decrease the options available and reduce public interest in gun shows.

12. Further the declarant sayeth naught.

I declare under penalty of perjury under the laws of the United States of America and the State of Kansas that the foregoing is true and correct.

Executed in __Valley Center, KS__, this __4th__ day of May 2024.

BY: _____
Donald G. Maxey