IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL. <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, ET. AL. <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:24-cv-88-JM |

## DECLARATION OF DAVID FRANCIS

I, David Francis, declare as follows:

1. I am a Manager for the Business Tax Services Division at the Oklahoma Tax Commission. I am over the age of 18, and I have personal knowledge of the facts contained in this declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I have been employed with the Oklahoma Tax Commission for twenty-seven (27) years.

3. As a result of my current duties, I am familiar with the state's tax code and how it relates to gun sales.

4. Under Oklahoma Code 68 O.S. § 1354, the state taxes the sale of firearms, including those occurring at gun shows. *See* 68 O.S. § 1364.2.

5. Under Oklahoma Code 68 O.S. § 1402 and 68 O.S. § 1364.2, the state taxes the online sale of firearms that occur where the buyer is a resident of Oklahoma and the firearm is stored and/or used in the State of Oklahoma.

6. If there is a decrease in gun sales there will naturally be a decrease in state tax revenue.

7. Based on the information available, the Final Rule in this case is expected to decrease the sale of firearms by unlicensed firearms dealers. 89 Fed. Reg. 29054.

8. If that were the case, it is likely that Oklahoma would see a corresponding decrease in sales tax revenue.

9. Further the declarant sayeth naught.

I declare under penalty of perjury under the laws of the United States of America and the State of Oklahoma that the foregoing is true and correct.

Dated this 6th day of May, 2024.

_____
David Francis, Oklahoma Tax Commission

Subscribed and sworn to before me this 6th day of May, 2024, in the County of Oklahoma, State of Oklahoma.

(seal)



_____
Notary Public

2