IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, ET AL. | § § § § § § § | |
| Plaintiffs, | | |
| v. | § § § | |
| MERRICK GARLAND, ET. AL. | § § § § § | Civil Action No. 2:24-cv-88 |
| Defendants. | § § § § § § § § § § § | |

## DECLARATION OF JOSEPH E. MAYER

I, Joseph E. Mayer, declare as follows

1. I am a Lead Policy Analyst at the Virginia Department of Taxation. I am over the age of 18, and I have personal knowledge of the facts contained in this declaration. I could competently testify as to the contents of this Declaration if called upon to do so.

2. I have served as a Lead Policy Analyst at the Virginia Department of Taxation for 17 years.

3. Prior to this, I served as a Senior Policy Analyst at the Virginia Department of Taxation for 5 years.

4. As a result of my current duties, I am familiar with Virginia's tax code and how it relates to the sale of firearms online and at gun shows.

5. Under Va. Code §§ 58.1-603 and 58.1-604, Virginia taxes the sale of firearms at gun shows by persons or businesses that regularly engage in the business of selling firearms.

6. Under Va. Code §§ 58.1-603 and 58.1-604, Virginia taxes the online sale of firearms that occur where the buyer is a resident of Virginia.

7. If there is a decrease in firearm sales at gun shows or online there will naturally be a decrease in state tax revenue.

8. Based on the information available the Final Rule in this case is expected to decrease the sale of unlicensed firearms dealers by 10%. 89 Fed. Reg. 29054.

9. If that were the case, it is likely that Virginia would see a decrease in sales tax revenue.

10. Further the declarant sayeth naught.

I declare under penalty of perjury under the laws of the United States of America and the Commonwealth of Virginia that the foregoing is true and correct.

Executed in the City of Richmond, Virginia this 6th day of May 2024.

*Joseph E. May* (signature)