IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| STATE OF KANSAS, *ET AL.* | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Civil Action No. 2:24-cv-88-JM |
| MERRICK GARLAND, *ET. AL.* | § § § § | |
| *Defendants.* | § § § § § § § § § § | |

## DECLARATION OF BRET FANNING

I, Bret Fanning, declare as follows:

1. I am over 18 years of age, have personal knowledge of the matters set forth herein, and am competent to make this Declaration.

2. My name is Bret Fanning. I serve as the Excise Tax Administrator for the Wyoming Department of Revenue. I can competently testify as to the contents of this Declaration if called upon to do so.

3. In my capacity, I am responsible for the administration of Wyoming's excise tax system. This includes overseeing vendor licensing as well as the reporting and collection of excise

1

tax from transactions involving tangible personal property. As a result of my current duties, I am familiar with the Wyoming's tax code and how it relates to both gun shows and online sale of firearms in the State of Wyoming.

4. Wyoming imposes an excise tax upon the sales price of "tangible personal property" within the State under Wyo. Stat. Ann. §§ 39-15-103 and 39-16-103. In most instances, such taxes are collected by licensed retail vendors directly from their customers. Those vendors then report and remit the collected tax to the Department of Revenue.

5. Most retail sales of firearms in Wyoming are subject to the imposition of an excise tax since those items fall within the statutory definition of "tangible personal property" under Wyo. Stat. Ann. §§ 39-15-101(a)(ix) and 39-16-101(a)(vi). Firearm sales may occur in "brick-and-mortar" shops, as internet purchases, or at gun show events. In each sales situation, the seller is generally required to collect and remit tax from customers.

6. There is an underlying State mandated 4% excise tax rate that applies to the sale of firearms at "brick-and-mortar" shops, at gun shows, and via the internet. In addition, each Wyoming county and local jurisdiction may further increase the tax rate above the 4% State mandated excise tax rate.

7. For firearms sales conducted through the internet, the State imposes the obligation to collect excise tax on non-Wyoming based sellers, if those sellers meet minimal statutory sales thresholds under Wyo. Stat. Ann. § 39-15-501.

8. If there is a decrease in firearm sales in Wyoming it will naturally result in a decrease in State excise tax revenue.

I declare under penalty of perjury under the laws of the United States of American and the State of Wyoming that the foregoing is true and correct.

Executed on May 1st, 2024.

_____
BRET FANNING
Excise Tax Administrator, Wyoming Department of Revenue