FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 07 2024

TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS, *et al.***                                       PLAINTIFFS

v.                Case No. 2:24-cv-0088-JM

**MERRICK GARLAND, *et al.***                                   DEFENDANTS

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Jesse A. Burris requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Kansas. In support of this application, represents the following:

1. He is Assistant Attorney General at the Office of Kansas Attorney General, Kris W. Kobach; Telephone: 785-368-8197; Fax: 785-296-3131; Email: Jesse.Burris@ag.ks.gov.

2. He was admitted to the State bar of Kansas in 2015 and is a member in good standing of that bar. His bar number is 26856.

3. He is authorized to practice in Kansas.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 7, 2024                            Respectfully submitted,

                                                       _____
                                                       DYLAN L. JACOBS (2016167)
                                                       Deputy Solicitor General

OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiffs*

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Douglas T. Shima**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 25, 2015,

### Jesse Andrew Burris

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 30th day of April, 2024.

**Active Status**

_Douglas T. Shima_
Clerk of the Supreme Court of Kansas