**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

| | |
|---|---|
| STATE OF KANSAS, *et al.*, | |
| Plaintiffs, | Case No. 2:24-cv-00088-JM |
| v. | |
| MERRICK GARLAND, in his official capacity, as Attorney General of the United States, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeremy S.B. Newman, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matter.  Please direct all communication regarding this case to Mr. Newman's contact information listed below.

DATED: May 8, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN (Mass. Bar #688968)
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Fax: (202) 616-8470
Email:  jeremy.s.newman@usdoj.gov

*Attorney for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

On May 8, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*