FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 07 2024
TAMMY H. DOWNS, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**STATE OF KANSAS, *et al.*** **PLAINTIFFS**

**v.** **Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND, *et al.*** **DEFENDANTS**

**APPLICATION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5(d), Abhishek Kambli requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Kansas. In support of this application, represents the following:

1. He is Deputy Attorney General at the Office of Kansas Attorney General, Kris W. Kobach; Telephone: 785-296-6109; Fax: 785-296-3131; Email: Abishek.Kambli@ag.ks.gov.
2. He was admitted to the State bar of New York in 2012 (bar number 5093034) and is a member in good standing of that bar.
3. He is authorized to practice in Kansas and New York.
4. Hee has not been the subject of any disbarment or disciplinary proceeding.
5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 7, 2024

Respectfully submitted,

DYLAN L. JACOBS (2016167)
Deputy Solicitor General

OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiffs*




*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

*Abhishek Kambli*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***December 5, 2012****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on September 6, 2023.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00135852*