IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STATE OF KANSAS, et al., | : |
| *Plaintiffs*, | : Case No. 2:24-CV-88 |
| v. | : District Judge James M. Moody Jr. |
| MERRICK B. GARLAND, et al., | : |
| *Defendants.* | : |

**FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS MAY 07 2024 TAMMY H. DOWNS, CLERK By: _____ DEP CLER**

## MOTION FOR ADMISSION OF T. ELLIOT GAISER *PRO HAC VICE*

Under Local Rule 83.5(d), attorney April C. Cotton respectfully moves for the admission of T. Elliot Gaiser *pro hac vice* as counsel for *amicus curiae* State of Ohio in this case, and in support states:

Mr. Gaiser is a member in good standing of the highest court of Ohio. He is also a member in good standing of several federal courts. He is not admitted to practice in any federal district court in Arkansas. His contact information is:

T. Elliot Gaiser
Office of the Ohio Attorney General
30 E. Broad St., 17th Floor
Columbus, Ohio 43215
(614) 466-8980 – phone
(614) 466-5087 – fax
thomas.gaiser@ohioago.gov

Mr. Gaiser designates April C. Cotton as the member of the bar of this Court who maintains an office in Arkansas for the practice of law and with whom the Court and opposing counsel may readily communicate regarding the conduct of this

case. Ms. Cotton's contact information is:

>April C. Cotton
>Gordon Rees Scully Mansukhani, LLP
>400 W. Capitol Avenue
>Suite 1700
>Little Rock, AR 72201
>(501) 773-2053 - phone
>acotton@grsm.com

Mr. Gaiser affirms to the Court's local rules and to the jurisdiction of this Court in matters of discipline.

Counsel will pay the *pro hac vice* admission fee when this motion is filed.

Accordingly, April C. Cotton respectfully moves for the admission of T. Elliot Gaiser *pro hac vice* as counsel for *amicus curiae* State of Ohio in this case.

>Respectfully submitted,
>
>DAVE YOST
>Ohio Attorney General
>
>_/s/ April C. Cotton_
>April C. Cotton, AR Bar #2022115
>Gordon Rees Scully Mansukhani, LLP
>400 W. Capitol Avenue
>Suite 1700
>Little Rock, AR 72201
>(501) 773-2053
>acotton@grsm.com
>
>T. ELLIOT GAISER
>    (*pro hac vice forthcoming*)
>Ohio Solicitor General
>30 East Broad Street, 17th Floor
>(614) 466-8980
>Thomas.Gaiser@OhioAGO.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, a copy of the foregoing pleading was sent by U.S. mail to the following.

Bureau of Alcohol, Tobacco, Firearms, and Explosives
99 New York Avenue, NE
Washington, DC 20226

Steven Dettelbach, ATF Director
99 New York Avenue, NE
Washington, DC 20226

United States Department of Justice
950 Pennsylvania Ave., NW,
Washington, D.C. 20530

Merrick B. Garland, Attorney General
950 Pennsylvania Ave., NW,
Washington, D.C. 20530

Nicholas J. Bronni
Dylan L. Jacobs
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

/s/ _____
April C. Cotton

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Thomas Elliot Gaiser**
Attorney Registration No. **0096145**

was admitted to the practice of law in Ohio on December 16, 2016; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 2nd day of May, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Jennifer Smith, *Administrative Assistant*
*Office of Attorney Services*

No. 2024-05-02-1
Verify by email at GoodStandingRequests@sc.ohio.gov