IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS,** *et al.*　　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　　**Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND,** *et al.*　　　　　　　　　　　　　　**DEFENDANTS**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Michael R. Williams requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of West Virginia. In support of this application, the Applicant represents the following:

1. He is Principal Deputy Solicitor General at the West Virginia Attorney General's Office, with offices at 1900 Kanawha Blvd. E., State Capitol, Bldg. 1, Room E-26, Charleston, West Virginia 25305.  His telephone number is 304-558-2021.  His email is michael.r.williams@wvago.gov.

2. He was admitted to the state bars of Virginia (2009), the District of Columbia (2010), Michigan (2015), and West Virginia (2022, bar number 14148) and is a member in good standing of all those bars.

3. He is authorized to practice in Virginia, the District of Columbia, Michigan, West Virginia, and several federal courts.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law, and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 8, 2024                    Respectfully submitted,

                                                        *s/ Nicholas J. Bronni*
                                                        NICHOLAS J. BRONNI (2016097)
                                                          Solicitor General
                                                        OFFICE OF THE ARKANSAS
                                                           ATTORNEY GENERAL
                                                       323 Center Street, Suite 200
                                                       Little Rock, AR 72201
                                                       (501) 682-6302
                                                      nicholas.bronni@arkansasag.gov

                                                      *Counsel for Plaintiffs*