IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                           **PLAINTIFFS**

v.                      **Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND,** *et al.*                                        **DEFENDANTS**

**APPLICATION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5(d), Kris W. Kobach requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Kansas. In support of this application, represents the following:

1. He is the Kansas Attorney General; Telephone: 785-296-2218; Fax: 785-296-3131; Email: Kris.Kobach@ag.ks.gov.

2. He was admitted to the State bar of Kansas in 1995, bar number 17280, and is a member in good standing of that bar.

3. He is authorized to practice in Kansas.

4. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 8, 2024                          Respectfully submitted,

                                                   *s/ Nicholas J. Bronni*
                                                   NICHOLAS J. BRONNI (2016097)
                                                      Solicitor General
                                                  OFFICE OF THE ARKANSAS
                                                       ATTORNEY GENERAL
                                                   323 Center Street, Suite 200
                                                   Little Rock, AR 72201
                                                   (501) 682-6302
                                                   nicholas.bronni@arkansasag.gov

                                                   *Counsel for Plaintiffs*