# UNITED STATES DISTRICT COURT

for the

## DISTRICT OF KANSAS

## CERTIFICATE OF GOOD STANDING

I, _____ Timothy M. O'Brien _____, Clerk of this Court, certify that _____ Kris W. Kobach _____, Bar # _____ 17280 _____, was duly admitted to practice in this court on _____ September 27, 1995 _____, and is in good standing as an _____ Active _____ member of the Bar of This Court.

Dated at _____ Kansas City, Kansas _____ on _____ 07/09/2021 _____.

Timothy M. O'Brien
CLERK

Kim Leininger
DEPUTY CLERK