IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                                  **PLAINTIFFS**

v.                              Case No. 2:24-cv-0088-JM

**MERRICK GARLAND,** *et al.*                                                                  **DEFENDANTS**

**APPLICATION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5(d), Edmund G. LaCour Jr. requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Alabama. In support of this application, Edmund G. LaCour Jr. represents the following:

1. He is Solicitor General at the Office of Alabama Attorney General, Steve Marshall;

    Telephone: 334-242-7300; Fax: 334-353-8400;

    Email: Edmund.LaCour@AlabamaAG.gov.

2. He was admitted to the State bar of Alabama in 2011 (bar number ASB-9182-U81L) and is a member in good standing of that bar.

3. He is authorized to practice in:

    - U.S. District Court, Northern District of Alabama
    - U.S. District Court, Middle District of Alabama
    - U.S. District Court, Southern District of Alabama
    - U.S. District Court, Northern District of Texas
    - U.S. District Court, District of North Dakota
    - U.S. Supreme Court
    - 2nd Circuit Court of Appeals
    - 3rd Circuit Court of Appeals
    - 4th Circuit Court of Appeals
    - 5th Circuit Court of Appeals
    - 6th Circuit Court of Appeals
    - 7th Circuit Court of Appeals
    - 8th Circuit Court of Appeals
    - 9th Circuit Court of Appeals
    - 10th Circuit Court of Appeals

- 11th Circuit Court of Appeals
- U.S. Court of Appeals, D.C. Circuit
- U.S. Court of Appeals, Federal Circuit

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 8, 2024    Respectfully submitted,

*s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI (2016097)
  Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*