# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that **Edmund Gerard LaCour, Jr.** was duly and legally admitted to practice law by the Supreme Court of Alabama on **September 30, 2011** and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on **December 27, 2023** with the seal of the Supreme Court of Alabama attached.



*Megan B. Rhodebeck*
Clerk of the Supreme Court of Alabama