# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                          **PLAINTIFFS**

v.                    Case No. 2:24-cv-0088-JM

**MERRICK GARLAND,** *et al.*                                                        **DEFENDANTS**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Aaron Peterson requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Alaska. In support of this application, represents the following:

1. He is a Senior Assistant Attorney General at the Alaska Department of Law, Attorney General Treg R. Taylor; Telephone: 907-269-5165; Fax: 907-276-3697; Email: aaron.peterson@alaska.gov.

2. He was admitted to the State bar of Alaska in 2010 (bar number 1011087) and is a member in good standing of that bar.

3. He is authorized to practice in Alaska.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 8, 2024

                                        Respectfully submitted,

                                        *s/ Nicholas J. Bronni*
                                        NICHOLAS J. BRONNI (2016097)
                                          Solicitor General
                                        OFFICE OF THE ARKANSAS
                                          ATTORNEY GENERAL

323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*