

**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Aaron Peterson** was admitted to the Alaska Bar Association and to the practice of law in Alaska in November of 2010, and is presently an Active member in good standing of the Alaska Bar Association.

Dated April 30, 2024.

ALASKA BAR ASSOCIATION

Danielle Bailey
Executive Director