IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS,** *et al.*                               **PLAINTIFFS**

**v.**                        **Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND,** *et al.*                              **DEFENDANTS**

### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Ryan Schelhaas requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Wyoming. In support of this application, the undersigned represents the following:

1. Ryan Schelhaas is the Chief Deputy Attorney General at the Office of Wyoming Attorney General, Bridget Hill; Telephone: 307-777-5786; Fax: 307-777-6869 ; Email: ryan.schelhaas@wyo.gov.

2. Mr. Schelhaas was admitted to the State bar of Wyoming in 1999 (bar number 6-3321) and is a member in good standing of that bar.

3. He is authorized to practice in Wyoming.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 8, 2024

                                                Respectfully submitted,

                                                *s/ Nicholas J. Bronni*
                                                NICHOLAS J. BRONNI (2016097)
                                                  Solicitor General

OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*