IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                    **PLAINTIFFS**

v.                    Case No. 2:24-cv-0088-JM

**MERRICK GARLAND,** *et al.*                                                **DEFENDANTS**

### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Stephen J. Petrany requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Georgia. In support of this application, he represents the following:

1. He is Solicitor General at the Georgia Department of Law; Telephone: (404) 458 – 3408; Fax: (943) 200 - 4293; Email: spetrany@law.ga.gov.

2. He was admitted to the State Bar of Georgia in 2021, bar number 718981, and is a member in good standing of that Bar.

3. He is authorized to practice in the United States Supreme Court, Pennsylvania, the District of Columbia, the Federal District Court for the Northern District of Georgia, and the Federal Court of Appeals for the Second, Fifth, Seventh, Eighth, Ninth, Tenth, Eleventh, and D.C. Circuits.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 9, 2024                    Respectfully submitted,

                                      *s/ Nicholas J. Bronni*
                                      NICHOLAS J. BRONNI (2016097)
                                          Solicitor General

OFFICE OF THE ARKANSAS
 ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*