# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                  **PLAINTIFFS**

v.                    Case No. 2:24-cv-0088-JM

**MERRICK GARLAND,** *et al.*                                          **DEFENDANT**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Bryce Beal requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Missouri. In support of this application, represents the following:

1. He is an Assistant Attorney General at the Office of Missouri Attorney General, Andrew Bailey; Telephone: 573-751-6633; Fax: 573-751-1774; Email: Bryce.Beal@ago.mo.gov.

2. He was admitted to the State bar of Missouri in 2022, bar number 74559, and is a member in good standing of that bar.

3. He is authorized to practice in Missouri.

4. Hee has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 9, 2024                          Respectfully submitted,

                                                    *s/ Nicholas J. Bronni*
                                                    NICHOLAS J. BRONNI (2016097)
                                                       Solicitor General
                                                    OFFICE OF THE ARKANSAS
                                                        ATTORNEY GENERAL
                                                    323 Center Street, Suite 200
                                                    Little Rock, AR 72201

(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*