IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | |
|---|---|
| STATES OF KANSAS ET AL, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND ET AL., <br><br> *Defendants*. | Civil Action No. 2:24-cv-88-JM |

**UNOPPOSED MOTION TO SET BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF AND NOTICE OF AVAILABILITY FOR HEARING**

The Plaintiffs move under Fed. R. Civ. P. 6 and Local Rule 7.2 to set a briefing schedule on their motion for preliminary relief from Defendant ATF's April 20, 2024 rule entitled *"Definition of 'Engaged in the Business' as a Dealer in Firearms"*, 89 Fed. Reg. 28,968 (The Final Rule).

The Final Rule becomes effective on May 20, 2024. Plaintiffs thus moved this Court to enter preliminary relief from the Final Rule during the pendency of these proceedings on May 6, 2024. *See* Doc. 4.

1

Plaintiffs have conferred with counsel for Defendants regarding a briefing schedule for the response and reply to Plaintiffs' motion for preliminary relief. Counsel for Defendants have advised that they do not oppose the following briefing schedule:

| Proposed Deadline | Filing |
|---|---|
| **May 14, 2024 by 11:59 p.m.** | Defendants' opposition to Plaintiffs' motion for preliminary relief. |
| **May 16, 2024 by 11:59 p.m.** | Plaintiffs' reply in support of their motion for preliminary relief. |

Plaintiffs also wish to advise the Court that the parties are available for a hearing on Plaintiffs' motion for preliminary relief on **May 17, 2024**, subject to the Court's availability. If a hearing is scheduled for May 17, Defendants request and Plaintiffs do not object to a morning hearing if possible to accommodate a family obligation in Washington, D.C. for one of Defendants' counsel on May 18.

Therefore, Plaintiffs respectfully request that the Court issue an order granting entry of this proposed briefing schedule on the forthcoming motion for preliminary relief.

Respectfully submitted,

| | |
|---|---|
| *KRIS W. KOBACH<br>Kansas Attorney General<br><br>/s/Abhishek S. Kambli<br>*Abhishek S. Kambli<br>*Deputy Attorney General*<br>*Jesse A. Burris<br>*Assistant Attorney General*<br>Office of the Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, Kansas 66612<br>Telephone: (785) 296-2215<br>Fax: (785) 296-3131<br>abhishek.kambli@ag.ks.gov<br>jesse.burris@ag.ks.gov<br><br>*Admitted *Pro Hac Vice*<br><br>*Counsel for Plaintiff State of Kansas* | TIM GRIFFIN<br>Arkansas Attorney General<br><br>/s/ Nicholas J. Bronni<br>Nicholas J. Bronni (2016097)<br>  Solicitor General<br>Dylan L. Jacobs (2016167)<br>  Deputy Solicitor General<br>323 Center Street, Suite 200<br>Little Rock, AR  72201<br>Telephone: (501) 682-2007<br>Fax: (501) 683-2520<br>nicholas.bronni@arkansasag.gov<br>dylan.jacobs@arkansasag.gov<br><br><br>*Counsel for Plaintiff State of Arkansas* |
| BRENNA BIRD<br>Iowa Attorney General<br><br>/s/ Eric H. Wessan<br>*Eric H. Wessan<br>Solicitor General<br>Office of the Iowa Attorney General<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319<br>(515) 281-5164<br>Eric. Wessan@ag.iowa.gov<br><br>*Motion for admission pending<br><br>*Counsel for Plaintiff State of Iowa* | AUSTIN KNUDSEN<br>  Montana Attorney General<br><br>/s/ Christian B. Corrigan<br>*CHRISTIAN B. CORRIGAN<br>  *Solicitor General*<br>*PETER M. TORSTENSEN, JR.<br>  *Deputy Solicitor General*<br>MONTANA DEPARTMENT OF JUSTICE<br>215 N. Sanders Street<br>Helena, Montana 59601<br>(406) 444-2707<br>christian.corrigan@mt.gov<br>peter.torstensen@mt.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Montana* |

STEVE MARSHALL
Alabama Attorney General

*/s/ Edmund G. LaCour, Jr.*
\*Edmund G. LaCour, Jr.
Solicitor General
Office of the Alabama
Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL  36130
Telephone: (334) 242-7300
Fax: (334) 353-8400
Email: Edmund.LaCour@AlabamaAG.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) pending

*Counsel for Plaintiff State of Alabama*

TREG R. TAYLOR
Alaska Attorney General

*/s/ Aaron C. Peterson*
\*Aaron C. Peterson
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: aaron.peterson@alaska.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) pending

*Counsel for Plaintiff State of Alaska*

CHRISTOPHER CARR
Georgia Attorney General

*/s/ Stephen Petrany*
\*Stephen Petrany
Solicitor General
Office of the Attorney General of Georgia
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Georgia*

RAÚL R. LABRADOR
Idaho Attorney General

*/s/ Joshua N. Turner*
\*Joshua N. Turner
Chief of Constitutional Litigation and Policy
\*Alan M. Hurst
Solicitor General
Office of the Idaho Attorney General
P.O. Box 83720
Boise, Idaho 83720
Tel: (208) 334-2400
Josh.turner@ag.idaho.gov

\*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of Idaho*

| | |
|---|---|
| TODD ROKITA<br>Indiana Attorney General<br><br>/s/ James A. Barta<br>*James A. Barta<br>Solicitor General<br>Office of the Attorney General of Indiana<br>IGC South, Fifth Floor<br>302 W. Washington St.<br>Indianapolis, Indiana 46204<br>Telephone: (317) 232-0709<br>James.Barta@atg.in.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Indiana* | RUSSELL COLEMAN<br>Kentucky Attorney General<br><br>/s/ Victor B. Maddox<br>*Victor B. Maddox<br>*Aaron J. Silletto<br>*Zachary M. Zimmerer<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, Kentucky 40601<br>Phone: (502) 696-5300<br>Victor.Maddox@ky.gov<br>Aaron.Silletto@ky.gov<br>Zachary.Zimmerer@ky.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff Commonwealth of Kentucky* |
| ANDREW BAILEY<br>Missouri Attorney General<br><br>/s/ Bryce Beal<br>*Bryce Beal<br>Assistant Attorney General<br>Missouri Attorney General's Office<br>207 West High Street<br>Jefferson City, MO 65101<br>(573) 751-6633<br>Bryce.Beal@ago.mo.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Missouri* | MICHAEL T. HILGERS<br>Nebraska Attorney General<br><br>/s/ Zachary A. Viglianco<br>*Zachary A. Viglianco<br>Deputy Solicitor General<br>Office of the Nebraska<br>Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>(531) 739-7645<br>zachary.viglianco@nebraska.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of Nebraska* |

| | |
|---|---|
| JOHN M. FORMELLA<br>New Hampshire Attorney General<br><br>/s/Brandon F. Chase<br>*Brandon F. Chase<br>Assistant Attorney General<br>New Hampshire Department of Justice<br>1 Granite Place – South<br>Concord, NH 03301<br>(603) 271-3650<br>brandon.f.chase@doj.nh.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff New Hampshire* | DREW H. WRIGLEY<br>North Dakota Attorney General<br><br>/s/ *Katie L. Carpenter*<br>*Katie L. Carpenter<br>*Deputy Solicitor General*<br>North Dakota Office of the Attorney General<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>Telephone: (701) 328-2210<br>Email: katcarpenter@nd.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State of North Dakota* |
| GENTNER DRUMMOND<br>Oklahoma Attorney General<br><br>/s/ Garry M. Gaskins, II<br>*GARRY M. GASKINS, II<br>*Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF OKLAHOMA<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone:      (405) 521-3921<br>garry.gaskins@oag.ok.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State Oklahoma* | ALAN WILSON<br>South Carolina Attorney General<br><br>*/s/ Joseph D. Spate*<br>*Joseph D. Spate<br>Assistant Deputy Solicitor General<br>Office of the Attorney General<br>State of South Carolina<br>1000 Assembly Street<br>Columbia, SC  29201<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming<br><br>*Counsel for Plaintiff State South Carolina* |

MARTY J. JACKLEY
South Dakota Attorney General

/s/ Charles D. McGuigan
*Charles D. McGuigan
Deputy Attorney General
Office of the Attorney General
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501-8501
Telephone: (605) 773-3215
Facsimile: (605) 773-4106
charles.mcguigan@state.sd.us

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff State of South Dakota*

JONATHAN SKRMETTI
Tennessee Attorney General and Reporter

/s/ Whitney D. Hermandorfer
*WHITNEY D. HERMANDORFER
Director of Strategic Litigation Unit
*BRIAN DANIEL MOUNCE
Counsel for Strategic Litigation &
Assistant Solicitor General
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-1400
whitney.hermandorfer@ag.tn.gov
brian.mounce@ag.tn.gov

*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for the State of Tennessee*

JASON S. MIYARES
Attorney General of Virginia

/s/ Kevin M. Gallagher
*Kevin M. Gallagher
*Principal Deputy Solicitor General*
*Brendan T. Chestnut
*Deputy Solicitor General*
*M. Jordan Minot
*Assistant Solicitor General*
Virginia Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Fax: (804) 786-1991
Email: kgallagher@oag.state.va.us
Email: bchestnut@oag.state.va.us
Email: mminot@oag.state.va.us
*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) forthcoming

*Counsel for Plaintiff Commonwealth of Virginia*

PATRICK MORRISEY
West Virginia Attorney General

/s/ Michael R. Williams
*Michael R. Williams
*Principal Deputy Solicitor General*
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Admitted *Pro Hac Vice*

*Counsel for State of West Virginia*

| | |
|---|---|
| BRIDGET HILL<br>Wyoming Attorney General<br><br>/s/ Ryan Schelhaas<br>*Ryan Schelhaas<br>*Chief Deputy Attorney General*<br>Office of the Wyoming Attorney General<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-5786<br>ryan.schelhaas@wyo.gov<br><br>*Motion for admission *Pro Hac Vice* under Local Rule 83.5(d) pending<br><br>*Counsel for Plaintiff State Wyoming* | */s/ Michael D. McCoy*<br>*Michael D. McCoy<br>*William E. Trachman<br>Mountain States<br>Legal Foundation<br>2596 South Lewis Way<br>Lakewood, Colorado 80227<br>(303) 292-2021<br>Mmccoy@mslegal.org<br><br>*Counsel for Plaintiffs Allen Black, Donald Maxey, and Chisholm Trail Antique Gun Association*<br><br>*Admitted *Pro Hac Vice* |

/s/ Anna St. John
*Anna St. John
Hamilton Lincoln Law Institute
1629 K St. NW Suite 300
Washington, DC 20006
(917) 327-2392
anna.stjohn@hlli.org

/s/ M. Frank Bednarz
*M. Frank Bednarz
Hamilton Lincoln Law Institute
1440 W. Taylor St. #1487
Chicago, IL 60607
(801) 706-2690
frank.bednarz@hlli.org

*Motion for admission pending

*Counsel for Plaintiff Phillip Journey*

9