IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                                 **PLAINTIFFS**

v.                    **Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND,** *et al.*                                                            **DEFENDANTS**

### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Brendan T. Chestnut requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff, Commonwealth of Virginia. In support of this application, represents the following:

1. He is a Deputy Solicitor General for the Virginia Office of the Attorney General, located at 202 N. 9th Street, Richmond, VA 23219; Telephone: 804-786-2071; Email: BChestnut@oag.state.va.us.

2. He is admitted to, and a member in good standing of, the New York bar.

3. He is authorized to practice in Virginia (Bar No. 99806) and New York (Bar No. 5259023).

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 9, 2024                                         Respectfully submitted,

                                                                             *s/ Nicholas J. Bronni*
                                                                             NICHOLAS J. BRONNI (2016097)
                                                                               Solicitor General
                                                                             OFFICE OF THE ARKANSAS
                                                                               ATTORNEY GENERAL
                                                                             323 Center Street, Suite 200
                                                                             Little Rock, AR 72201

(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*