# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                                 **PLAINTIFFS**

**v.**                                    **Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND,** *et al.*                                                        **DEFENDANTS**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), M. Jordan Minot requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff, Commonwealth of Virginia. In support of this application, represents the following:

1. He is an Assistant Solicitor General for the Virginia Office of the Attorney General, located at 202 N. 9th Street, Richmond, VA 23219; Telephone: 804-786-2071; Email: MMinot@oag.state.va.us.

2. He is admitted to, and a member in good standing of, the District of Columbia bar (Bar number 95321).

3. He is authorized to practice in United States District Court for the Eastern District of Virginia.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 9, 2024                                    Respectfully submitted,

                                                                *s/ Nicholas J. Bronni*
                                                                NICHOLAS J. BRONNI (2016097)
                                                                  Solicitor General
                                                                OFFICE OF THE ARKANSAS
                                                                  ATTORNEY GENERAL

323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*