IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                            **PLAINTIFFS**

v.                  Case No. 2:24-cv-0088-JM

**MERRICK GARLAND,** *et al.*                                            **DEFENDANTS**

### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Christian B. Corrigan requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Montana. In support of this application, represents the following:

1. He is Solicitor General at the Office of Montana Attorney General, Austin Knudsen; Telephone: 406-444-2026; Fax: 406-444-3549; Email: christian.corrigan@mt.gov.

2. He was admitted to the State bar of Montana in 2021 (bar number 67387109) and is a member in good standing of that bar.

3. He is authorized to practice in Montana and Kansas.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 10, 2024                          Respectfully submitted,

                                                          *s/ Nicholas J. Bronni*
                                                          NICHOLAS J. BRONNI (2016097)
                                                            Solicitor General
                                                          DYLAN JACOBS
                                                            Deputy Solicitor General

OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiffs*