# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                            **PLAINTIFFS**

v.                 Case No. 2:24-cv-0088-JM

**MERRICK GARLAND,** *et al.*                                   **DEFENDANTS**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Peter M. Torstensen, Jr. requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Montana. In support of this application, represents the following:

1. He is Deputy Solicitor General at the Office of Montana Attorney General, Austin Knudsen; Telephone: 406-444-2026; Fax: 406-444-3549; Email: peter.torstensen@mt.gov.

2. He was admitted to the State bar of Montana in 2022 (bar number 68806768) and is a member in good standing of that bar.

3. He is authorized to practice in Montana, New York, and the District of Columbia.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 10, 2024                                     Respectfully submitted,

                                                            *s/ Nicholas J. Bronni*
                                                     NICHOLAS J. BRONNI (2016097)
                                                        Solicitor General
                                                    DYLAN JACOBS
                                                        Deputy Solicitor General

OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiffs*