**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**STATE OF KANSAS,
ET AL.**                                                                                             **PLAINTIFFS**

**V.**                    **CASE NO. 2:24CV00088 JM**

**MERRICK GARLAND,
ET AL.**                                                                                    **DEFENDANTS**

**ORDER**

**COURTROOM AND MEDIA PROTOCOL**

The purpose of this Order is to address issues that may arise during the preliminary injunction hearing scheduled in this matter for May 17, 2024, and to ensure that this proceeding is open to the public to the extent possible in the light of space limitations in the courtroom. To do so, the following will be in effect during the trial:

1. Except for court personnel and as stated below, no one will bring into the courtroom any laptop computers, beepers, walkie-talkies, cellular telephones, electronic transmitting equipment, or any other noise-generating electronic or mechanical devices.

2. Attorneys and their staff may bring into the courtroom electronic devices pursuant to and subject to the restrictions in General Order No. 54.

3. In accordance with the Local Rules of the Eastern District of Arkansas, duly identified and authorized representatives of the media may discreetly make audiotapes during the evidentiary hearing in open court solely for the purpose of assuring the accuracy of reports.  *See* Local Rule 83.2(d), Rules of United States

      District Court for the Eastern and Western Districts of Arkansas. A violation of this rule likely will result in the revocation of this exception for the violating party.

4. Everyone must be seated before Court is opened. Seating arrangements will be open. No spectator standing will be allowed during Court sessions.

5. All media questions should be directed to the Clerk of Court. Please do not call the Judge's chambers for information.

6. The parties should make one copy of each exhibit for the media. This copy will be given to the Courtroom Deputy. Members of the media may access this copy of exhibits from the Courtroom Deputy, and the members of the media will then arrange among themselves for mutual access to these exhibits.

7. Although circumstances may require departures, the following schedule is planned:

Court Convenes:     9:30 a.m.

Morning Recess:     10:45 a.m. (15 minute recess)

IT IS SO ORDERED this 14th day of May, 2024.

 

_____
James M. Moody Jr
United States District Judge