# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

| | |
|---|---|
| STATE OF KANSAS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity, as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00088-JM |

## NOTICE OF APPEARANCE

Please enter the appearance of Keri L. Berman, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants in the above-captioned matter. Please direct all communication regarding this case to Ms. Berman's contact information listed below.

DATED: May 14, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Director, Federal Programs Branch

*/s/ Keri L. Berman*
KERI L. BERMAN
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7538
Fax: (202) 616-8470
Email: *keri.l.berman*@usdoj.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

On May 14, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Keri L. Berman*