# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*                                                              **PLAINTIFFS**

**v.**                              **Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND,** *et al.*                                                              **DEFENDANTS**

### APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Joseph D. Spate requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of South Carolina. In support of this application, he represents the following:

1. He is Assistant Deputy Solicitor General at the Office of the South Carolina Attorney General, Alan Wilson; Telephone: 803-734-3371; Fax: 803-734-3677; Email: josephspate@scag.gov.

2. He was admitted to the State bar of South Carolina on November 27, 2018, Bar Number 103734, and is a member in good standing of that bar.

3. He is authorized to practice in the U.S. Court of Appeals for the Fourth Circuit (admitted November 30, 2018); U.S. District Court for the District of South Carolina (admitted August 19, 2019); U.S. District Court for the District of North Dakota (admitted June 2, 2023); U.S. Court of Appeals for the D.C. Circuit (admitted July 12, 2023); U.S. Court of Appeals for the Sixth Circuit (admitted September 18, 2023); U.S. Court of Appeals for the First Circuit (admitted September 21, 2023); Supreme Court of the United States (admitted November 13, 2023); and U.S. Court of Appeals for the Ninth Circuit (admitted November 21, 2023).

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

| | |
|---|---|
| Dated: May 14, 2024 | Respectfully submitted, |

*s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI (2016097)
  Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*

# The Supreme Court of South Carolina

## Certificate of Good Standing

I, Patricia A. Howard, Clerk of the Supreme Court of South Carolina, do hereby certify that Joseph David Spate (Joseph D. Spate) was duly sworn and admitted as an attorney in this state on November 27, 2018 and is currently a regular member of the South Carolina Bar in good standing.

*Patricia A. Howard*
CLERK

Columbia, South Carolina

April 30, 2024

This certificate of good standing was automatically generated using the South Carolina Attorney Information System. The current status of any person holding a license or certificate to practice law in South Carolina may be obtained using the search function at https://www.sccourts.org/attorneys/dspSearchAttorneys.cfm. For questions and concerns, please contact the Office of Bar Admissions at 803-734-1317.