**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**STATE OF KANSAS,** *et al.*                                                        **PLAINTIFFS**

**v.**                                  **Case No. 2:24-cv-0088-JM**

**MERRICK GARLAND,** *et al.*                                        **DEFENDANTS**

**APPLICATION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.5(d), Joshua N. Turner requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of Idaho. In support of this application, represents the following:

1. He is Chief of Constitutional Litigation and Policy at the Office of Idaho Attorney General, Raúl R. Labrador; Telephone: 208-332-3548; Fax: 208-854-8071; Email: josh.turner@ag.idaho.gov.

2. He was admitted to the State bar of Idaho (ISB# 12193) in 2023 and is a member in good standing of that bar.

3. He is authorized to practice in Idaho, Minnesota, and Wisconsin.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 14, 2024                                    Respectfully submitted,

                                        *s/ Nicholas J. Bronni*
                                        NICHOLAS J. BRONNI (2016097)
                                          Solicitor General
                                        OFFICE OF THE ARKANSAS
                                          ATTORNEY GENERAL
                                        323 Center Street, Suite 200
                                        Little Rock, AR 72201

(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*