AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| STATE OF KANSAS, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-88-JM |
| MERRICK GARLAND, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Phillip Journey.

Date: 05/14/2024

/s/ Anna St. John
*Attorney's signature*

Anna St. John
*Printed name and bar number*

Hamilton Lincoln Law Institute
1629 K St. NW Suite 300
Washington, DC 20006
*Address*

anna.stjohn@hlli.org
*E-mail address*

(917) 327-2392
*Telephone number*

*FAX number*