**Jake Kornegay**

| | |
|---|---|
| **From:** | Brittany Garcia <brittany.garcia@arkansasag.gov> |
| **Sent:** | Tuesday, May 14, 2024 3:35 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | Docket Correction--Case no. 2:24-cv-88-JM |
| **Attachments:** | PHV Motion_ SC (Joseph Spate).pdf |

**CAUTION - EXTERNAL:**

Good Afternoon,

We inadvertently filed a *pro hac vice* motion in case no. 2:24-cv-88-JM (*Kansas, et al. v. Garland, et al.*) that contains the incorrect caption. Can you please substitute Document 34 with the attached *pro hac vice* motion for Joseph Spate?

Thank you,
Brittany

_____

Brittany Garcia, Paralegal
Office of the Solicitor General

**Office of Arkansas Attorney General Tim Griffin**
323 Center Street, Suite 200
Little Rock, AR  72201
Office:  501.682.3634
brittany.garcia@arkansasag.gov | ArkansasAG.gov



CONFIDENTIALITY NOTICE:  The information contained in this e-mail message and any attachment is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It may contain information that is privileged, confidential, or otherwise protected from disclosure.  It is intended solely for the use of the addressee.  If you are not the intended recipient, you are hereby notified that reading, copying or distributing this e-mail or the information herein by anyone other than the intended recipient is STRICTLY PROHIBITED.  The sender has not waived any applicable privilege by sending the accompanying transmission.  If you have received this transmission in error, please notify the sender by reply e-mail immediately, and delete this message and attachments from your computer.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.