# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS**

v.　　　　　　　　Case No. 2:24-cv-0088-JM

**MERRICK GARLAND,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Alan M. Hurst requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff Idaho. In support of this application, Alan M. Hurst represents the following:

1. He is Solicitor General at Idaho Office of Attorney General, 700 W. Jefferson St. P.O. Box 83720, Boise, ID 83720; Telephone: 208-334-2400; Fax: 208-854-8071; Email: alan.hurst@ag.idaho.gov.

2. He was admitted to the State bar of Idaho in 2024, Bar Number 12425, and is a member in good standing of that bar.

3. He is authorized to practice in Idaho Supreme Court, Utah Supreme Court, Virginia Supreme Court, U.S. District Court – Idaho, U.S. District Court – Utah, U.S. District Court – Colorado, U.S. Court Of Appeals, Ninth Circuit, U.S. Court Of Appeals, Tenth Circuit, U.S. Court Of Appeals, Eleventh Circuit, and U.S. Court Of Appeals, D.C. Circuit.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 14, 2024.                    Respectfully submitted,

*s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI (2016097)
  Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*

2