IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

DELTA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 15 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

STATE OF KANSAS, et al.

    *Plaintiffs*,

v.

MERRICK B. GARLAND, et al.

    *Defendants*

Case No. 2:24-CV-88

District Judge James M. Moody Jr.

## MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE BRADY CENTER TO PREVENT GUN VIOLENCE, MARCH FOR OUR LIVES, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND EVERYTOWN FOR GUN SAFETY

    Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety respectfully move this Court for leave to file the attached brief as amici curiae. For the reasons described below, the proposed brief contains relevant material that may aid the Court in resolving the issues raised by Plaintiffs' motion.

    Amici are among the nation's foremost authorities on law and policy relating to the prevention and reduction of gun violence. The Brady Center to Prevent Gun Violence ("Brady") is the nation's longest-standing non-partisan, non-profit organization dedicated to reducing gun violence through education, research, legal advocacy, and political action. Brady has filed numerous amicus briefs in cases involving the constitutionality of firearms regulations, and courts have cited Brady's research and expertise. March For Our Lives ("MFOL") is a youth-led non-profit organization dedicated to promoting civic engagement, education, and direct action by youth to achieve sensible gun violence prevention policies that will save lives. MFOL has filed numerous amicus briefs in cases involving firearm regulations. Giffords Law Center to Prevent Gun Violence ("Giffords Law Center") is a survivor-led non-profit policy organization serving lawmakers, advocates, legal professionals, gun violence survivors, and others who seek to reduce gun violence and improve the safety of their

communities. Giffords Law Center has contributed technical expertise and informed analysis as an *amicus* in numerous cases involving firearm regulations and constitutional principles affecting gun policy. Everytown for Gun Safety Support Fund is the education, research, and litigation arm of Everytown for Gun Safety ("Everytown"), the largest gun violence prevention organization in the country. Everytown has extensive experience litigating cases involving the interpretation of federal firearms laws and has submitted numerous amicus briefs in cases involving challenges to federal firearms laws and regulations.

This case involves challenges to a regulation that determines the circumstances under which those who sell firearms must obtain a Federal Firearms License and comply with certain recordkeeping obligations, permit inspections and oversight by ATF, and assume a duty to conduct background checks of prospective buyers. Amici have extensive experience in studying how federal firearms regulations such as the one at issue in this case affect public safety. Amici are submitting this brief to give the Court the benefit of their experience and expertise, and to provide information not brought to the Court's attention by the parties to this case.

Therefore, amici curiae request that the court grant leave to file the attached brief in support of defendants and in opposition to plaintiffs' motion for a temporary restraining order and/or preliminary injunction.

Dated: May 14, 2024

Respectfully submitted,

/s/ William Isasi

William Isasi (470878)
John Graubert*
Jocelyn Jezierny*

COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001

Tel: (202) 662-6000
Fax: (202) 662-6302
jgraubert@cov.com
jjezierny@cov.com

*Admission Pro Hac Vice Pending*

*Counsel for Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 15, 2024, a copy of the foregoing pleading was sent by U.S. mail to the following.

STATE OF KANSAS
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

STATE OF ARKANSAS
323 Center Street, Suite 200
Little Rock, Arkansas 72201

STATE OF IOWA
1305 E. Walnut Street
Des Moines, Iowa 50319

STATE OF MONTANA
215 N. Sanders Street
Helena, Montana 59601

STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130

STATE OF ALASKA
1031 West Fourth Avenue, Ste. 200
Anchorage, Alaska 99501

STATE OF GEORGIA
40 Capitol Square SW
Atlanta, Georgia 30334

STATE OF IDAHO
P.O. Box 83720
Boise, Idaho 83720

STATE OF INDIANA
302 W. Washington St.
Indianapolis, Indiana 46204

STATE OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601

STATE OF MISSOURI
207 West High Street
Jefferson City, Missouri 65101

STATE OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509

STATE OF NEW HAMPSHIRE
1 Granite Place – South
Concord, NH 03301

STATE OF NORTH DAKOTA
600 E. Boulevard Ave., Dept. 125
Bismarck, North Dakota 58505

STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105

STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, South Carolina 29201

STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite 1
Pierre, South Dakota 57501

STATE OF TENNESSEE
P.O. Box 20207
Nashville, Tennessee 37202

STATE OF VIRGINIA
202 North 9th Street
Richmond, Virginia 23219

STATE OF WEST VIRGNIA
State Capitol Complex, Building 1, Room E-26
Charleston, West Virginia 25301

STATE OF WYOMING
109 State Capitol
Cheyenne, Wyoming 82002

PHILLIP JOURNEY
1629 K. St. NW Suite 300
Washington, District of Columbia 20006

ALLEN BLACK
DONALD MAXEY
CHISHOLM TRAIL ANTIQUE GUN ASSOCIATION
2596 South Lewis Way
Lakewood, Colorado 80227

/s/ John Graubert

John Graubert