IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

DELTA DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 1 5 2024

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| STATE OF KANSAS, et al. | |
| Plaintiffs, | Case No. 2:24-CV-88 |
| v. | District Judge James M. Moody Jr. |
| MERRICK B. GARLAND, et al. | |
| Defendants | |

## MOTION FOR ADMISSION OF JOCELYN JEZIERNY *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Jocelyn Jezierny requests that she be admitted *pro hac vice* as counsel for *amici curiae* Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety, and in support states:

Jocelyn Jezierny is a member in good standing of the highest court of the District of Columbia. She is not admitted to practice in any federal district court in Arkansas. Her contact information is:

COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6302
jjezierny@cov.com

Jocelyn Jezierny affirms to the Court's local rules and to the jurisdiction of this Court in matters of discipline.

Counsel will pay the *pro hac vice* admission fee when this motion is filed.


Dated: May 14, 2024

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

/s/ Jocelyn Jezierny

Jocelyn Jezierny
*Counsel for Brady Center to*
*Prevent Gun Violence, March for*
*Our Lives, Giffords Law Center to*
*Prevent Gun Violence, and*
*Everytown for Gun Safety*

1

## CERTIFICATE OF SERVICE

2

3

     I hereby certify that, on May 15, 2024, a copy of the foregoing pleading was sent by

4

U.S. mail to the following.

5

     STATE OF KANSAS

6

     120 SW 10th Avenue, 2nd Floor
     Topeka, Kansas 66612

7

     STATE OF ARKANSAS

8

     323 Center Street, Suite 200
     Little Rock, Arkansas 72201

9

10

     STATE OF IOWA
     1305 E. Walnut Street

11

     Des Moines, Iowa 50319

12

     STATE OF MONTANA
     215 N. Sanders Street

13

     Helena, Montana 59601

14

     STATE OF ALABAMA

15

     501 Washington Avenue
     P.O. Box 300152

16

     Montgomery, Alabama 36130

17

     STATE OF ALASKA

18

     1031 West Fourth Avenue, Ste. 200
     Anchorage, Alaska 99501

19

     STATE OF GEORGIA

20

     40 Capitol Square SW
     Atlanta, Georgia 30334

21

22

     STATE OF IDAHO
     P.O. Box 83720

23

     Boise, Idaho 83720

24

     STATE OF INDIANA

25

     302 W. Washington St.
     Indianapolis, Indiana 46204

26

     STATE OF KENTUCKY

27

     700 Capital Avenue, Suite 118
     Frankfort, Kentucky 40601

28

STATE OF MISSOURI
207 West High Street
Jefferson City, Missouri 65101

STATE OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509

STATE OF NEW HAMPSHIRE
1 Granite Place – South
Concord, NH 03301

STATE OF NORTH DAKOTA
600 E. Boulevard Ave., Dept. 125
Bismarck, North Dakota 58505

STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105

STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, South Carolina 29201

STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite 1
Pierre, South Dakota 57501

STATE OF TENNESSEE
P.O. Box 20207
Nashville, Tennessee 37202

STATE OF VIRGINIA
202 North 9th Street
Richmond, Virginia 23219

STATE OF WEST VIRGNIA
State Capitol Complex, Building 1, Room E-26
Charleston, West Virginia 25301

STATE OF WYOMING
109 State Capitol
Cheyenne, Wyoming 82002

PHILLIP JOURNEY
1629 K. St. NW Suite 300
Washington, District of Columbia 20006

ALLEN BLACK
DONALD MAXEY
CHISHOLM TRAIL ANTIQUE GUN ASSOCIATION
2596 South Lewis Way
Lakewood, Colorado 80227

/s/ Jocelyn Jezierny

Jocelyn Jezierny