IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

DELTA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 15 2024
TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

STATE OF KANSAS, et al.

*Plaintiffs*,

v.

MERRICK B. GARLAND, et al.

*Defendants*

Case No. 2:24-CV-88

District Judge James M. Moody Jr.

**MOTION OF AMICI CURIAE BRADY CENTER TO PREVENT GUN VIOLENCE, MARCH FOR OUR LIVES, GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE, AND EVERYTOWN FOR GUN SAFETY TO PREVENT GUN VIOLENCE TO WAIVE LOCAL COUNSEL REQUIREMENT PURSUANT TO LOCAL RULE LOCAL RULE 83.5(D)**

Non-party and amici curiae, through undersigned counsel and pursuant to E.D. Arkansas L.R. 83.5(d), respectfully move this Court for leave to waive that rule's requirement to obtain local counsel who maintains an office in Arkansas. In support, prospective Amici state:

1. Prospective Amici are among the nation's foremost authorities on law and policy relating to the prevention and reduction of gun violence. Along with this motion, Amici are also filing a motion for leave to file a brief as amici curiae (with a proposed brief) to provide information not brought to the Court's attention by the parties to this case.

2. Given Amici's minimal involvement in the case, local counsel would be unnecessary and good cause exists for a waiver from Local Rule 83.5(d)'s requirements.

Therefore, amici curiae request that the court waive Local Rule 83.5(d)'s requirements and permit the undersigned to proceed without designating local counsel, for the limited purposes of the pending litigation. The undersigned affirm to the Court's local rules and to the jurisdiction of this Court in matters of discipline.

Dated: May 14, 2024

Respectfully submitted,

/s/ William Isasi

William Isasi (470878)
John Graubert*
Jocelyn Jezierny*

COVINGTON & BURLING LLP
One City Center
850 10th Street, NW
Washington, D.C. 20001
Tel: (202) 662-6000
Fax: (202) 662-6302
jgraubert@cov.com
jjezierny@cov.com

*Admission Pro Hac Vice Pending

*Counsel for Brady Center to Prevent Gun Violence, March for Our Lives, Giffords Law Center to Prevent Gun Violence, and Everytown for Gun Safety*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 15, 2024, a copy of the foregoing pleading was sent by U.S. mail to the following.

STATE OF KANSAS
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612

STATE OF ARKANSAS
323 Center Street, Suite 200
Little Rock, Arkansas 72201

STATE OF IOWA
1305 E. Walnut Street
Des Moines, Iowa 50319

STATE OF MONTANA
215 N. Sanders Street
Helena, Montana 59601

STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130

STATE OF ALASKA
1031 West Fourth Avenue, Ste. 200
Anchorage, Alaska 99501

STATE OF GEORGIA
40 Capitol Square SW
Atlanta, Georgia 30334

STATE OF IDAHO
P.O. Box 83720
Boise, Idaho 83720

STATE OF INDIANA
302 W. Washington St.
Indianapolis, Indiana 46204

STATE OF KENTUCKY
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601

STATE OF MISSOURI
207 West High Street
Jefferson City, Missouri 65101

STATE OF NEBRASKA
2115 State Capitol
Lincoln, Nebraska 68509

STATE OF NEW HAMPSHIRE
1 Granite Place – South
Concord, NH 03301

STATE OF NORTH DAKOTA
600 E. Boulevard Ave., Dept. 125
Bismarck, North Dakota 58505

STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, Oklahoma 73105

STATE OF SOUTH CAROLINA
1000 Assembly Street
Columbia, South Carolina 29201

STATE OF SOUTH DAKOTA
1302 E. Hwy. 14, Suite 1
Pierre, South Dakota 57501

STATE OF TENNESSEE
P.O. Box 20207
Nashville, Tennessee 37202

STATE OF VIRGINIA
202 North 9th Street
Richmond, Virginia 23219

STATE OF WEST VIRGNIA
State Capitol Complex, Building 1, Room E-26
Charleston, West Virginia 25301

STATE OF WYOMING
109 State Capitol
Cheyenne, Wyoming 82002

PHILLIP JOURNEY
1629 K. St. NW Suite 300
Washington, District of Columbia 20006

ALLEN BLACK
DONALD MAXEY
CHISHOLM TRAIL ANTIQUE GUN ASSOCIATION
2596 South Lewis Way
Lakewood, Colorado 80227

/s/ John Graubert

John Graubert