# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**STATE OF KANSAS,** *et al.*               **PLAINTIFFS**

v.        **Case No. 2:24-cv-0088**

**MERRICK GARLAND,** *et al.*               **DEFENDANTS**

## APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.5(d), Brandon F. Chase requests that he be admitted *pro hac vice* for the purpose of representing Plaintiff State of New Hampshire. In support of this application, represents the following:

1. He is an Assistant Attorney General at the New Hampshire Department of Justice, Office of the Attorney General, John F. Formella; Telephone: 603-271-3650; Fax: 603-271-2110; Email: Brandon.F.Chase@doj.nh.gov.

2. He was admitted to the State bar of New Hampshire (bar #270844) in 2018 and is a member in good standing of that bar.

3. He is authorized to practice in New Hampshire and the Federal District Courts of New Hampshire and North Dakota.

4. He has not been the subject of any disbarment or disciplinary proceeding.

5. The undersigned local counsel maintains an office in Arkansas for the practice of law and the Court and opposing counsel may readily communicate regarding the conduct of this case.

Dated: May 16, 2024            Respectfully submitted,

*s/ Nicholas J. Bronni*
NICHOLAS J. BRONNI (2016097)
  Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200

Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

*Counsel for Plaintiffs*