

# NEW HAMPSHIRE BAR ASSOCIATION
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502
T 603-224-6942 | F 603-224-2910 | www.nhbar.org

**BOARD OF GOVERNORS**

*Officers*
PAUL W. CHANT — *President*
KATHLEEN M. MAHAN — *President-Elect*
DEREK D. LICK — *Vice President*
SUSAN AILEEN LOWRY — *Secretary*
CHRISTOPHER T. REGAN — *Treasurer*
JONATHAN M. ECK — *Immediate Past President*

*Governors-at-Large*
CATHERINE E. SHANELARIS — *Nashua*
CHRISTINE M. HANISCO — *Concord*
ROBERT R. LUCIC — *Manchester*
KRISTIN G. FIELDS — *Wolfeboro*
JAMES A. SHEPARD — *Concord*

*Public Sector Governor*
LINDSEY B. COURTNEY

*Out of State Governor*
JASON B. DENNIS

*County Governors*
JESSE W. FRIEDMAN — *Belknap County*
LESLIE M. LEONARD — *Carroll County*
MONIQUE M. SCHMIDT — *Cheshire County*
LEONARD D. HARDEN — *Coos County*
BARRY C. SCHUSTER — *Grafton County*
KYLE D. ROBIDAS — *Hillsborough County – North*
ANTHONY NARO — *Hillsborough County – South*
PETAR M. LEONARD — *Merrimack County*
PAUL B. KLEINMAN — *Rockingham County*
JOSHUA WYATT — *Strafford County*
VANESSA WILSON — *Sullivan County*

*Executive Staff*
GEORGE R. MOORE, ESQ. — *Executive Director*
PAULA D. LEWIS — *Deputy Executive Director*
VINCENT O'BRIEN — *Director of Professional Development*
CAITLIN DOW — *Director of Marketing & Communications*

May 1, 2024

TO WHOM IT MAY CONCERN:

This is to certify that:

| | |
|---|---|
| Name: | Attorney Brandon F. Chase<br>Concord, NH |
| Bar ID #: | 270844 |
| Current Status: | Active |
| Date of NH Bar Admission: | 12/5/2018 |

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association dues and NH Supreme court fees are current; the member has completed the required continuing legal education courses and signed the NHMCLE affidavit; and the member has affirmed that their trust accounts are in good order.

Sincerely,

*[signature]*

Arielle Van De Water
Database & Website Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 1st day of May 2024 by Arielle Van De Water.

**DEBRA A MURPHY**
NOTARY PUBLIC
State of New Hampshire
My Commission Expires
March 27, 2029

*[signature]* Debra A Murphy

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*