# Jake Kornegay

| | |
|---|---|
| **From:** | Deckard, Connie <Connie.Deckard@ag.ks.gov> |
| **Sent:** | Monday, May 20, 2024 4:26 PM |
| **To:** | AREDdb_clerksoffice |
| **Subject:** | 24-cv-00088 |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Correction, I filed in error document #69, Summons Returned.  This should have been filed in a case we have here in the District of Kansas.


Thank you,


Connie Deckard, Executive Assistant
Office of the Attorney General Kris W. Kobach
120 SW 10th Avenue
Topeka, Kansas 66610
Phone:  785-296-2218
Connie.deckard@ag.ks.gov

*We make a living by what we get, we make a life by what we give. Winston Churchill*

This communication, and any attachments, is private and confidential and for the exclusive use of the intended recipient. The information contained herein as well as any attachments is confidential and privileged under the joint prosecution or investigation privilege, attorney-client privilege, work product privilege, joint defense privilege, or any other applicable privilege or immunity. If you are not the intended recipient and have received this communication in error, please notify the sender immediately and destroy the original message and all copies. Any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this communication is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any protection, privilege, or immunity. Please note also that the Kansas Open Records Act provides that public records, including correspondence to me via email, may be subject to disclosure unless otherwise protected by law.


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.